**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: DEEPWATER HORIZON<br>B3 LITIGATION | :<br>:<br>:<br>: | CASE MANAGEMENT ORDER TO<br>GOVERN ALL B3 CASES<br>IN THE SOUTHERN DISTRICT<br>OF ALABAMA |

**MASTER FILE NO. 21-5000-KD-MU-C**

**ATTACHMENT B TO B3 DOCKET CASE MANAGEMENT ORDER**

**<u>QUALIFIED HIPAA PROTECTIVE ORDER</u>**

The parties are hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of this Court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to the past, present, or future medical condition of Plaintiff, as well as any and all documents and information relating to the provision of health care to such individual and payment for the provision of such health care.

This order authorizes any third-party who is provided with an authorization executed by Plaintiff or a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the documents and Protected Health Information in response to such request or subpoena. This order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. 45 C.F.R. § 164.512(e)(1)(i).

The parties are expressly prohibited from using or disclosing the protected health documents and information obtained pursuant to this order for any purpose other than

this action. 45 C.F.R. § 164.512(e)(1)(v)(A). Further, the parties are ordered to return to the covered entity from whom or which such protected health information was obtained all such documents and information (including all copies made) immediately upon conclusion of this action, or otherwise at such time destroy such documentation and information (including all copies made). 45 C.F.R. § 164.512(e)(1)(v)(B).

**DONE** and **ORDERED** this the 20th day of August, 2021.

s/P. Bradley Murray
**UNITED STATES MAGISTRATE JUDGE**